# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY RAY JOHNSON, #483120, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:09-CV-1446-K |
| | § | |
| SHERIFF LUPE VALDEZ, et al., | § | |
| Defendants. | § | |

## _____ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr.,  made findings, conclusions and a recommendation in this case.  Plaintiff filed objections on December 15, 2009, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The objections are overruled, and the Court accepts and adopts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed this 18th day of December, 2009.


*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE